# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Janis L. Sammartino)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 20CR3271-JLS |
| Plaintiff, ) | |
| ) | ORDER CONTINUING |
| v. ) | MOTION HEARING/TRIAL |
| ) | SETTING |
| MIGUEL ANGEL PANTOJA, ) | |
| Defendant. ) | |

Pursuant to joint motion and good cause appearing, **IT IS ORDERED** that the Motion Hearing/Trial setting set for Friday, January 29, 2021, at 1:30 p.m. be continued to Friday, April 2, 2021 at 1:30 p.m. before the Honorable Janis L. Sammartino. Defendant shall file an acknowledgment of the new hearing date by February 5, 2021.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

DATED: January 22, 2021

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge