# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
(Honorable Janis L. Sammartino)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 20CR3271-JLS |
| Plaintiff, | |
| v. | ORDER |
| MIGUEL ANGEL PANTOJA, | |
| Defendants. | |

Pursuant to joint motion and good cause appearing, **IT IS ORDERED** that the Motion Hearing set for Friday, April 2, 2021, at 1:30 p.m. be continued to Friday, June 4, 2021 at 1:30 p.m. before the Honorable Janis L. Sammartino. Defense must file an Acknowledgment of Next Court Date signed by the Defendant by April 16, 2021.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. §§ 3161(h)(1)(D) and (h)(7)(A).

IT IS SO ORDERED.

DATED: March 25, 2021

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge